IN THE UNITED STATES DISTRICT COURT DISTRICT OF COLUMBIA

QUENTIN SHAWN ADDISON
(Plaintiff)
Vs.
TOYOTA MOTOR CREDIT CORPORATION
(Defendant)

Case Number: 1:05CV02050

# AFFIDAVIT OF SERVICE

By Private Process Server

The undersigned, being duly sworn deposes and says:
That I am a competent person more than 18 years of age and not a party to this action.

That I served: **TOYOTA MOTOR CREDIT CORPORATON**

The following documents:
**SUMMONS, NOTICE AND COMPLAINT**

At this address: **PRENTICE HALL CORPORATION, 1090 VERMONT AVENUE, NW**
**WASHINGTON DC 20005-**

Date/Time of Service: On the **31** day of **October** ,**2005** at **12:20 PM**

Manner of Service: **BY DELIVERY TO RENEE RICE, INFORMATION OFFICER FOR THE PRENTICE HALL CORP.**

Description of Person Served:
Race:**BLACK** Sex:**F** Age:**40** Height:**6.1** Weight:**225** Hair:**BROWN** Glasses:**N**

THE UNDERSIGNED DECLARES UNDER PENALTY OF PERJURY THAT HE/SHE HAS PERSONAL KNOWLEDGE OF THE FOREGOING FACTS, THAT THE FACTS ARE TRUE AND CORRECT AND THIS AFFIDAVIT WAS EXECUTED BY: **WILLIAM MALONE** Agency Reference #:**92005-1220**

William Malone 10/31/05
Signature of person serving process Date

Address of Process Server: **30 Courthouse Square, Suite G3, Rockville, Maryland 208**
Firm/Company Names **SOLOMON MALECH & COHEN**
Party Requesting Service: **MATTHEW HERTZ**
Telephone Number **(202)955-6141** Fax: **(202)955-1055**
Address: **1015 18TH ST NW SUITE 801**
**WASHINGTON DC 20036-**

Sworn before me this 31st day of October 20 05 My commission expires
Notary Public Shannon M. Stone Signature of Notary Shannon M Stone

**Shannon M. Stone**
**NOTARY PUBLIC**
**Frederick County Maryland**
**My Commission Expires April 28, 2009**