**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTIN SHAWN ADDISON | * |
|     Plaintiff | * |
| v. | * Case No.: 1-05CV02050 |
| TOYOTA MOTOR CREDIT COMPANY | * Judge: Rosemary Collyer |
|     Defendant | * |

\*     \*     \*     \*     \*     \*

**MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM**

Defendant, Toyota Motor Credit Company ("TMCC"), by and through its attorneys, Michael N. Russo, Jr., Stephen A. Oberg and Council, Baradel, Kosmerl & Nolan, P.A, pursuant to Federal Rule of Civil Procedure 12(b)(6), hereby move that this Court dismiss the Complaint filed by Plaintiff, Quentin Shawn Addison ("Addison") in the above captioned matter for failure to state a claim upon which relief may be granted, and for reasons in support thereof state as follows:

1.     TMCC is not a "debt collector" subject to liability under 15 U.S.C.A. § 1692, the "Fair Debt and Collection Practices Act" ("FDCPA"); therefore, Plaintiff fails to state a claim under the FDCPA for which relief may be granted.

2.     There is no private cause of action under 11 U.S.C.A. § 524 for a violation of a bankruptcy discharge; therefore, Plaintiff fails to state a claim under 11 U.S.C.A. § 524 for which relief may be granted.

3.     Moreover, the FDCPA is inapplicable where 11 U.S.C.A. § 524 governs.

4.      TMCC adopts by reference and incorporates herein the Memorandum of Points and Authorities in Support of Motion to Dismiss for Failure to State a Claim, attached hereto.

WHEREFORE, in consideration of the foregoing, Defendant, Toyota Motor Credit Company moves that this Court DISMISS Plaintiff's Complaint in the above captioned matter for failure to state a claim for which relief may be granted.

                                        Respectfully submitted,

                                        COUNCIL, BARADEL,
                                        KOSMERL & NOLAN, P.A.

By:      _____/s/_____
Michael N. Russo, Jr.
D.C. Bar # 424712
Stephen A. Oberg
D.C. Bar # 475925
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289

Annapolis:  (410) 268-6600
Baltimore:  (410) 269-6190
Washington: (301) 261-2247

*Attorneys for Defendant Toyota Motor Credit Corporation*