**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| QUENTIN SHAWN ADDISON | * |
|    Plaintiff | * |
| v. | * Case No.: 1-05CV02050 |
| TOYOTA MOTOR CREDIT COMPANY | * Judge: Rosemary Collyer |
|    Defendant | * |

\*      \*      \*      \*      \*      \*

**ORDER GRANTING MOTION TO DISMISS**

UPON CONSIDERATION OF the Motion to Dismiss filed by Defendant, Toyota Motor Credit Company in the above captioned matter and any responses thereto, it is this _____ day of _____, 200\_\_\_\_ , by the United States District Court for the District of Columbia hereby:

**ORDERED** that Defendant's Motion to Dismiss be and is hereby **GRANTED;** and

**ORDERED** that the Complaint in this matter be and is hereby **DISMISSED.**

_____
District Judge Rosemary Collyer
United States District Court for the District of Columbia

.

Copies to:

Mathew Hertz, Esq.
Solomon, Malech & Cohen, P.C.
1015 18th Street, N.W.
Suite 925
Washington, D.C. 20036

*Counsel for Plaintiff*

Michael N. Russo, Jr., Esq.
D.C. Bar # 424712
Stephen A. Oberg, Esq.
D.C. Bar # 475925
125 West Street, 4th Floor
Post Office Box 2289
Annapolis, Maryland 21404-2289

*Attorneys for Defendant Toyota Motor Credit Corporation*