UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| QUENTIN SHAWN ADDISON, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 05-2050 (RMC) |
| TOYOTA MOTOR CREDIT COMPANY, | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER TO SHOW CAUSE WHY COMPLAINT SHOULD NOT BE DISMISSED**

On October 19, 2005, Plaintiff Quentin Shawn Addison, filed a complaint in this matter against Defendant, Toyota Motor Credit. The complaint alleges that Defendant obtained a judgment and writ of garnishment against Plaintiff for debt that was previously discharged in bankruptcy, and thus that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692. Defendant filed a motion to dismiss for failure to state a claim [Dkt. #3] on November 21, 2006. Pursuant to Local Civil Rule 7(c), a response was due within eleven days; if one is not filed, the court may treat the motion as conceded. Plaintiff has not filed a response to Defendant's motion to dismiss.

Accordingly, it is hereby

**ORDERED** that on or before April 17, 2006, 2006, Plaintiff shall **SHOW CAUSE** in writing why the Court should not grant Defendant's motion to dismiss [Dkt. # 3] as conceded pursuant to LcvR 7(c).

**SO ORDERED**.

Date:   April 4, 2006                                                  /s/
                                                                  ROSEMARY M. COLLYER
                                                                  United States District Judge