UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| QUENTIN SHAWN ADDISON )<br>924 10th Street, N.E. )<br>Washington, D.C. 20002 )<br>    *Plaintiff* )<br> )<br>    v. )<br> )<br>TOYOTA MOTOR CREDIT COMPANY )<br>c/o Prentice Hall Corporation System )<br>1090 Vermont Avenue, N.W. )<br>Washington, D.C. 20005 ) | Case No. 05-2050 |

### RESPONSE AND CONCESSION REGARDING MOTION TO DISMISS

_____Plaintiff, through undersigned counsel, does hereby concede to Defendant's previously filed Motion to Dismiss. Plaintiff hereby requests this Court, based on Plaintiff's concession, grant the Motion to Dismiss.

 

Respectfully Submitted,

_____Matthew Hertz__
Matthew Hertz, Esq.
Solomon, Malech & Cohen, P.C.
1015 18th Street, N.W.
Suite 925
Washington, D.C. 20036
(202) 955-6141
Fax: (202) 955-1055
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I do hereby certify that on this April 17, 2006, I did serve a copy of the foregoing Response and Concession Regarding Defendant's Motion to Dismiss via first class US mail and the ECF/CM system to:

**Michael N. Russo, Jr.**
COUNCIL, BARADEL, KOSMERL & NOLAND, P.A.
125 West Street, 4th Floor
P.O. Box 2289
Annapolis, MD 21404-2289

                                                   __/s/Matthew Hertz_____
                                                   Matthew Hertz